UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ELF-MAN, LLC,

                              **Plaintiff,**

                v.                                      Civil No. 3:13-cv-00334-TC

DOES 1 - 107,

                              **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: August 16, 2013.

                              MARY L. MORAN, Clerk

                              by /s/ L. Graham
                                  L. Graham, Deputy Clerk

**JUDGMENT**